| | |
|---|---|
| 1 | Geri N. Kahn (State Bar Number 148536) |
| | geri@gerinkahn.com |
| 2 | Law Office of Geri N. Kahn |
| | 465 California Street, Suite 609 |
| 3 | San Francisco, CA 94104 |
| | (415) 397-5446 |
| 4 | (800) 375-5956 |
| 5 | Attorney for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joey Chan Ma, | Case No. **3:17−CV−05696−RS** |
| Plaintiff, | **Stipulation of Extension of Time for Plaintiff to file brief in support of Motion for Summary Judgment; [Proposed] Order** |
| vs. | |
| Nancy Berryhill, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff, by and through his attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 60-day extension of time for Plaintiff's counsel to file a brief in support of his Motion for Summary Judgment, in light of the following:

1. Counsel for Plaintiff has been involved with other cases with impending deadlines that have taken her time away from completing the brief. Counsel is a sole practitioner and has no other person to whom she could delegate her work on cases.

2. Plaintiff's counsel has emailed Francesco Benavides, Esq., defendant's counsel. Mr. Benavides has indicated that he is agreeable to a 60 day extension of time for counsel to prepare her brief.

3. Should the request be granted, Plaintiff's brief will be due on June 19, 2018, Defendant's reply brief on July 19, 2018, and Plaintiff's optional response brief on August 2, 2018.

Respectfully submitted,

Dated: April 20, 2018
/s/ Geri N. Kahn
GERI N. KAHN
Attorney for Plaintiff

Dated: April 20, 2018
/s/ Francesco Benavides
FRANCESCO BENAVIDES
Special Assistant United States Attorney
(*By email authorization on April 20, 2018)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 4/23/18

Richard Seeborg
United States District Judge