| | |
|---|---|
| 1 | Geri N. Kahn (State Bar Number 148536) |
| | geri@gerinkahn.com |
| 2 | Law Office of Geri N. Kahn |
| | 465 California Street, Suite 609 |
| 3 | San Francisco, CA 94104 |
| | (415) 397-5446 |
| 4 | (800) 375-5956 |
| 5 | Attorney for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joey Chan Ma, | Case No. **3:17−CV−05696−RS** |
| Plaintiff, | **Stipulation of 14-Day Extension of Time for Plaintiff to file brief in support of Motion for Summary Judgment; [Proposed] Order** |
| vs. | |
| Nancy Berryhill, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff, by and through her attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 14-day extension of time for Plaintiff's counsel to file a brief in support of his Motion for Summary Judgment, in light of the following:

1. Counsel for Plaintiff had a family emergency arise last week which caused her to be out of the office all week. Counsel does not anticipate needing to ask for further extensions in this case.

2. Plaintiff's counsel has emailed Francesco Benavides, Esq., defendant's counsel. Mr. Benavides has indicated that he is agreeable to a 14- day extension of time for counsel to prepare her brief.

3. Should the request be granted, Plaintiff's brief will be due on July 24, 2018, Defendant's reply brief on August 23, 2018, and Plaintiff's optional response brief on September 6, 2018.

Respectfully submitted,

Dated: July 9, 2018

/s/ Geri N. Kahn
GERI N. KAHN
Attorney for Plaintiff

Dated: July 9, 2018

/s/ Francesco Benavides
FRANCESCO BENAVIDES
Special Assistant United States Attorney
(*By email authorization on July 9, 2018)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 7/9/18

Richard Seeborg
United States District Judge